# United States District Court
## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.

JONATHON SCHRADER
66 Diamond Street
Elkins, WV

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:15mj8

FILED
FEB 17 2015
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 13, 2015__ in __Randolph__ County, in the __Northern__ District of __West Virginia__ defendant did, knowingly possess, conceal and store stolen explosive materials, that is one full demolition block and one-half demolition block of M112 C-4 plastic explosive, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the explosive material was stolen, in violation of Title __18__ United States code, Section(s) __842(h)__ and __844(a)__. I further state that I am a(n) __Special Agent of the Federal Bureau of Investigation__ and that this complaint is based on the following facts:

(See attached Affidavit).

Continued on the attached sheet and made a part hereof.    Yes ☒  No ☐

Signature of Complainant

Sworn to before me, and subscribed in my presence

Date: 2/14/15    at    Wheeling, WV
                          City and State

James E. Seibert  USMJ
Name and Title Of Judicial Officer

Signature of Judicial Officer