UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAR 3 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN SCHRADER,
a/k/a "HOBO JOHN"

    Defendant.

Criminal No. 2:15 CR 3

Violations:  18 U.S.C. § 842(h)
               18 U.S.C. § 844(a)

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

(Possession of Stolen Explosives)

On or about the 13th day of February, 2015, in Randolph County, West Virginia, within the Northern District of West Virginia, defendant **JONATHAN SCHRADER, a/k/a "HOBO JOHN"**, knowingly possessed stolen explosive materials, one and one-half sticks of M112 C-4, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the explosive materials were stolen; in violation of Title 18, United States Code, Sections 842(h) and 844(a).

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
William J. Ihlenfeld, II
United States Attorney

Paul T. Camilletti

1