PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision

Name of Offender: JONATHAN SCHRADER            Case Number: 2:15CR00003-001

Name of Sentencing Judicial Officer: Honorable John Preston Bailey
                                     U. S. District Judge

Date of Original Sentence: July 22, 2015

Original Offense: Possession of Stolen Explosives, in violation of 18 U.S.C. §§ 842(h) and 844(a)

Original Sentence: Sentenced to eight (8) months imprisonment, three (3) years of supervised release, and $100.00 special assessment; a Class C felony

Type of Supervision: Supervised Release            Date Supervision Commenced: April 10, 2017

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant shall not commit another federal, state, or local crime. |
| 2 | The defendant shall not unlawfully possess a controlled substance. |
| 3 | The defendant shall refrain from any unlawful use of a controlled substance. |

Nature of Non-compliance: On January 25, 2018, the defendant submitted a urinalysis specimen to the United States Probation Office. The said urinalysis specimen provided a presumptively positive result for marijuana. The defendant was questioned regarding the use of any controlled substances, at which time he provided a written voluntary admission for the use of marijuana (see attached).

U. S. Probation Officer Action/Recommendation: No further action at this time. The defendant was reprimanded for his actions and advised of the adverse consequences should he continue to violate the conditions of his supervision. The defendant acknowledged his negative conduct and indicated that he would not replicate this conduct again. The probation officer will continue to monitor the status of the defendant and will notify the Court of any changes in the defendant's status.

Prob12A —2— Report on Offender Under Supervision

The term of supervision should be:

[X] No action at this time.

Respectfully submitted,

by *[signature]*

Brian E. Kilgore
U. S. Probation Officer
Date: January 26, 2018

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[ ] No Response
[✓] Concur with U. S. Probation Officer's Recommendation

*[signature]*
Signature of Judicial Officer

1-24-2018
Date



# VOLUNTARY ADMISSION

I ___Jonathan Schrader___ voluntarily admit to using the substance
(Name of person providing sample)

checked below within the last _____ days.

- ___ Cocaine (including Crack)   ____(Number of occasions) ____Date of last use
- _X_ Marijuana   _1_(Number of occasions) _1-24-18_ Date of last use
- ___ Alcohol   ____(Number of occasions) ____Date of last use
- ___ Amphetamines   ____(Number of occasions) ____Date of last use
- ___ Methamphetamines (Meth)   ____(Number of occasions) ____Date of last use
- ___ Barbiturates   ____(Number of occasions) ____Date of last use
- ___ Benzodiazepines   ____(Number of occasions) ____Date of last use
- ___ Opiates   ____(Number of occasions) ____Date of last use
- ___ Phencyclidine (PCP)   ____(Number of occasions) ____Date of last use
- ___ Buprenorphine   ____(Number of occasions) ____Date of last use
- ___ Benzodiazepine   ____(Number of occasions) ____Date of last use
- ___ Other   ____(Number of occasions) ____Date of last use

I make this admission freely and voluntarily without any threats or promises being made to me.

_____   _1-25-18_
(Signature of Probationer)        (Date)

_____
(Probation Officer - Witness)