PROB 12A
(Rev 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision

Name of Offender: JONATHAN SCHRADER          Case Number: 2:15CR00003-001

Name of Sentencing Judicial Officer: Honorable John Preston Bailey
U. S. District Judge

Date of Original Sentence: July 22, 2015

Original Offense: Possession of Stolen Explosives, in violation of 18 U.S.C. §§ 842(h) and 844(a)

Original Sentence: Sentenced to eight (8) months imprisonment, three (3) years of supervised release, and $100.00 special assessment; a Class C felony

Type of Supervision: Supervised Release          Date Supervision Commenced: October 15, 2015

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
| --- | --- |
| 1 | Mandatory Condition: The defendant shall not commit another federal, state, or local crime. |
| 2 | Mandatory Condition: The defendant shall not unlawfully possess a controlled substance. |
| 3 | Standard Condition: The defendant shall refrain from any unlawful use of a controlled substance. |

Nature of Non-compliance: On March 16, 2018, the defendant submitted a urinalysis specimen to the United States Probation Office. The said urinalysis specimen provided a presumptively positive result for marijuana. The defendant was questioned regarding the use of any controlled substances, at which time he provided a written voluntary admission for the use of marijuana (see attached).

**Previous Report of Non-Compliance**

On or about January 26, 2018, a Report on Offender Under Supervision was submitted to the Court.

Prob12A            -2-            Report on Offender Under Supervision

Nature of Non-Compliance: On January 25, 2018, the defendant submitted a urinalysis specimen to the United States Probation Office. The said urinalysis specimen provided a presumptively positive result for marijuana. The defendant was questioned regarding the use of any controlled substances, at which time he provided a written voluntary admission for the use of marijuana.

Disposition: No action.

U. S. Probation Officer Action/Recommendation: No further action at this time. The defendant was reprimanded for his actions and advised of the adverse consequences should he continue to violate the conditions of his supervision. The defendant acknowledged his negative conduct and indicated that he would not replicate this conduct again. The probation officer will continue to monitor the status of the defendant and will notify the Court of any changes in the defendant's status.

The term of supervision should be:

[X] No action at this time.

Respectfully submitted,

by      *[signature]*

Brian E. Kilgore
U. S. Probation Officer
Date: March 16, 2018

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

[ ] No Response

[X] Concur with U. S. Probation Officer's Recommendation

Prob12A                                  -3-                    Report on Offender Under Supervision

Signature of Judicial Officer

3-19-2018
Date



## VOLUNTARY ADMISSION

I __Jonathan Schrader_____ voluntarily admit to using the substance
*(Name of person providing sample)*

checked below within the last thirty (30) days.

| | Substance | Occasions | |
|---|---|---|---|
| ___ | Cocaine (including Crack) | _____ | (Number of occasions) |
| _X_ | Marijuana | _4_ | (Number of occasions) |
| ___ | Alcohol | _____ | (Number of occasions) |
| ___ | Amphetamines (including Ice) | _____ | (Number of occasions) |
| ___ | Barbiturates | _____ | (Number of occasions) |
| ___ | Opiates | _____ | (Number of occasions) |
| ___ | Phencyclidine (PCP) | _____ | (Number of occasions) |
| ___ | Other | _____ | (Number of occasions) |

I make this admission freely and voluntarily without any threats or promises being made to me.

_[signature]_       3-16-18
(Signature of Defendant)      (Date)

_[signature]_
(Probation Officer - Witness)