PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

# United States District Court
for the
Northern District of West Virginia

UNITED STATES OF AMERICA
vs.
JONATHAN SCHRADER

Crim. No. 2:15CR3-1

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on October 14, 2018, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*[signature]*

Brian E. Kilgore
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __18th__ day of __October__, 20 __18__.

*[signature]*
United States District Judge